Commonwealth *v.* Perry, Appellant.

Argued December 7, 1972. *Michael J. Morris, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Prutzman, Appellant.

Argued December 4, 1972. *William J. Gallagher,* with him *Lichtenfeld & Gallagher,* for appellant; *Parke H. Ulrich,* with him *Fox, Differ, Callahan & Ulrich,* for appellee.

Order affirmed.

Commonwealth *v.* Rauser, Appellant.

Submitted December 12, 1972. *Theodore S. Danforth,* Assistant Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.